994 A.2d 1096

**ESTATE OF Anna E. FRIDENBERG, Deceased.**

**Petition of Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

May 28, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of May, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether testamentary trustees who were paid a commission on principal for executor services prior to 1945 may receive an additional commission on principal for their ordinary services as trustees.